BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant OCTAVIO DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70088- PVT |
| Plaintiff, ) | STIPULATION TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME; [PROPOSED] ORDER |
| v. ) | |
| OCTAVIO DIAZ, ) | |
| Defendant. ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Friday, February 29, 2008, at 9:30 a.m. be continued to Thursday, March 27, 2008, at 9:30 a.m. The continuance is requested to allow time for further pre-charge negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from February 29, 2008 to March 27, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE; [PROPOSED] ORDER
No. CR 08-70088 PVT                1

Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of criminal cases.

Dated:   02/26/08

/s/
MANUEL U. ARAUJO
Assistant Federal Public Defender

Dated:   02/26/08

/s/
TOM O'CONNELL
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for February 29, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 29, 2008 at 2:30 p.m. be continued to March 27, 2008, at 2:00 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 29, 2008, to March 27, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of criminal cases.

Dated: 2/27/08

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge