1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant OCTAVIO DIAZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| UNITED STATES OF AMERICA, | ) | No. CR 08-70088- PVT |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO EXTEND TIME FOR |
|  | ) | PRELIMINARY HEARING TO **MAY 1,** |
| v. | ) | **2008** AND FOR AN ORDER TO |
|  | ) | EXCLUDE TIME |
| OCTAVIO DIAZ, | ) |  |
|  | ) | **HON. HOWARD R. LLOYD** |
| Defendant. | ) |  |
| _____ | ) |  |

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Thursday, April 17, 2008, at 9:30 a.m. be continued to Thursday, May 1, 2008, at 9:30 a.m.  The

20  continuance is requested to allow time for further pre-charge defense investigation and

21  negotiation.

22     The parties further agree that time should be excluded under the Speedy Trial Act from

23  April 17, 2008 to May 1, 2008, to allow time for defense investigation and preparation, and

24  because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

25     Finally, in order to allow additional time for pre-charge negotiations, the parties also

26  agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70088 PVT                    1

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt
2  disposition of criminal cases.
3
4  Dated:        April 11, 2008                    _____/s/_____
                                                   MANUEL U. ARAUJO
5                                                  Assistant Federal Public Defender
6
7  Dated:        April 11, 2008                    _____/s/_____
                                                   TOM O'CONNELL
8                                                  Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70088 PVT                              2