1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant OCTAVIO DIAZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,          )   No. CR 08-70088- PVT
12                                    )
             Plaintiff,                )   [PROPOSED] ORDER CONTINUING THE
13                                    )   PRELIMINARY HEARING TO **MAY 1,**
   v.                                 )   **2008** AND EXCLUDING TIME
14                                    )   PURSUANT TO 18 U.S.C. § 3161 ET SEQ
   OCTAVIO DIAZ,                      )   AND    FEDERAL RULE OF CRIMINAL
15                                    )   PROCEDURE 5.1(d)
             Defendant.                )
16   _____  )   **HON. HOWARD R. LLOYD**

17

18                         **ORDER**

19      The parties have jointly requested a continuance of the hearing set for April 17, 2008, to

20  allow time for continued pre-charge negotiation and continued defense investigation.

21      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

22  presently set for April 17, 2008 at 9:30 a.m. be continued to May 1 , 2008, at 9:30 a.m.

23      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

24  from April 17, 2008, to May 1, 2008, shall be excluded from the period of time within which trial

25  must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

26      Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED

ORDER EXTENDING PRELIM.
HEARING DATE AND EXCLUSION OF TIME
No. CR 08-70088 PVT                    1

1  that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
2  Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
3  criminal cases.
4
5  Dated: April ___, 2008

_____
**HON. HOWARD R. LLOYD**,
United States Magistrate Judge