Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Octavio Diaz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  vs.<br>OCTAVIO DIAZ<br>    Defendant | No. 08-MJ-70088 PVT<br><br>**JOINT STIPULATION AND [PROPOSED]ORDER VACATING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161** |

   The United States of America, by Thomas M. O'Connell, Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

   The parties stipulate, and ask the Court to adopt as its FINDINGS that:

   1.   This case is currently set for a preliminary hearing/arraignment on Thursday, August 21 at 9:30 A.M.  Through

Joint Stipulation and order                           -1-

1 this stipulation, the parties are requesting the hearing be
2 continued until August 28, 2008, at 9:30 AM.
3     2.   The parties have been actively involved in settlement
4 discussions anad both sides have tentatively approved a
5 resolution of this case.  This resolution needs final approval
6 from the US Attorney's office, however.  While approval is
7 expected within a short period of time, it will not occur in time
8 for the hearing on Aug. 21.
    3.   Both sides therefore request that the court order as
follows:
    1.   That the current hearing date be vacated;
    2.   That a new be set for August 28, 2007 at 9:30 A. M.,
for disposition, and:
    3.   That an exclusion of time is appropriate and necessary
in order to allow the effective preparation of counsel and to
complete investigation, pursuant to Title 18, United States Code,
Section 3161(h)(8)(B)(4).

    IT IS SO STIPULATED

    Dated: 8/20/08        By:_____/S/_____
                                    THOMAS O'CONNELL, Assistant
                                    United States Attorney

    Dated: 8/20/08        By:_____/S/_____

Joint Stipulation and order                        -2-

1   
2   PETER A. LEEMING, attorney for Octavio Diaz
3   
4   
5   
6   
7   
8   
9   
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Joint Stipulation and order                        -3-

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-MJ-70088 PVT |
| ) Plaintiff, ) | **[PROPOSED]ORDER VACATING** |
| ) vs. ) | **HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161** |
| ) OCTAVIO DIAZ ) Defendant ) ) ) | |

**ORDER**

For the reasons stated in the above Stipulation, the Court finds that that currently set hearing date of August 21, 2008 should be should be changed to Thursday, August 28, 2008 at 9:30 A. M.

IT IS SO ORDERED.

Dated:_____     _____
                                              U. S. Magistrate Judge

Joint Stipulation and order                                -4-